No. 96–5903. Scott v. Singletary, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 96–5905. Brown v. Moore, Director, South Carolina Department of Corrections, et al. C. A. 4th Cir. Certiorari denied.

No. 96–5911. Cheatham v. Schneider, Governor of the Virgin Islands, et al. C. A. 3d Cir. Certiorari denied.

No. 96–5912. Jones v. Texas Commerce Bank. Sup. Ct. Va. Certiorari denied.

No. 96–5914. Day v. Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 96–5940. Fields v. Hinkle, Warden. Sup. Ct. Va. Certiorari denied.

No. 96–5948. Lipton v. Swest, Inc., et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5956. Aziz v. Schriro, Director, Missouri Department of Corrections, et al. C. A. 8th Cir. Certiorari denied.

No. 96–5957. McCabe v. Department of the Air Force et al. C. A. 9th Cir. Certiorari denied.

No. 96–5969. Lipofsky v. New York State Insurance Fund. C. A. 2d Cir. Certiorari denied.

No. 96–5993. Johnson v. Griffin et al. Sup. Ct. Wyo. Certiorari denied.

No. 96–5995. March v. Brown, Secretary of Veterans Affairs. C. A. Fed. Cir. Certiorari denied.

No. 96–5997. Ash v. Swest, Inc., et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6014. Harmon v. Hargett, Warden. C. A. 10th Cir. Certiorari denied.